Dismissed and Memorandum Opinion filed December 1,
2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00967-CR

____________

 

CHANTILLY ANNETTE HAMM, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 230th District Court

Harris County, Texas

Trial Court Cause No. 1187314

 



 

M E M O R
A N D U M   O P I N I O N

Appellant entered a guilty plea to driving while intoxicated
with a child passenger. In accordance with the terms of a plea bargain
agreement with the State, the trial court sentenced appellant to confinement
for two years in the State Jail Division of the Texas Department of Criminal
Justice, suspended confinement and placed appellant on community supervision
for three years. We dismiss the appeal.  

The trial court entered a certification of the defendant’s
right to appeal in which the court certified that this is a plea bargain case,
and the defendant has no right of appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court’s
certification is included in the record on appeal.  See Tex. R.
App. P.
25.2(d).  The record
supports the trial court’s certification.  See Dears v. State, 154
S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Panel consists of Justices
Yates, Frost, and Brown. 

Do Not Publish — Tex. R. App. P. 47.2(b)